UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NOE GARZA,

        Defendant.

Case No. 21-cr-20405

HON. MATTHEW F. LEITMAN
United States District Judge

**Verdict Form**

We, the jury, unanimously find the following:

## COUNT ONE

With respect to the charge in Count One of the superseding indictment which charges the defendant with being a prohibited person in possession of a firearm and ammunition, we find the defendant:

Not Guilty _____          Guilty ____X_____

## COUNT TWO

With respect to the charge in Count Two of the superseding indictment which charges the defendant with being in possession of a firearm with an obliterated serial number, we find the defendant:

Not Guilty _____    Guilty _____X_____

## COUNT THREE

With respect to the charge in Count Three of the superseding indictment which charges the defendant with possessing with the intent to distribute buprenorphine, we find the defendant:

Not Guilty _____    Guilty _____X_____

Dated: November 16, 2022

s/Jury Foreperson

In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Signature